UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles B. Udoh,<br><br>                    Plaintiff,<br><br>-against-<br><br>New York City Department of Probation, et al.,<br><br>                    Defendants. | 1:24-cv-03982 (ER) (SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, December 18, 2025, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Thursday, December 11, 2025).

SO ORDERED.

Dated:    New York, New York
         August 22, 2025

_____
STEWART D. AARON
United States Magistrate Judge