UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. UDOH,

                          Plaintiff,

          – *against* –                                    **ORDER**
                                                          24-cv-03982 (ER)

NEW YORK CITY, NATASHA SEGERS,
MARYANN BROWN, LISA D. AMBROSIA, *and*
JOHN AND JANE DOES,

                          Defendants.

Ramos, D.J.:

        Charles B. Udoh, *pro se*, brought this action asserting claims arising from alleged

wrongful termination and discrimination based on race or national origin.  On August 25, 2026,

Udoh filed a motion for reconsideration of the Court's Opinion and Order granting in part and

denying in part Defendant's motion to dismiss.  Doc. 37.  Defendants filed their memorandum of

law in opposition to Udoh's motion for reconsideration on September 18, 2025.  Doc. 41.  If Mr.

Udoh wishes to file a reply brief, he must do so by January 23, 2026.  If he does not file a reply

brief by then, the Court will consider the motion fully briefed.

It is SO ORDERED.

Dated:   January 12, 2026
         New York, New York

                                                    _____
                                                         Edgardo Ramos, U.S.D.J