UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. UDOH,

Plaintiff,

– *against* –

NEW YORK CITY DEPARTMENT OF PROBATION, NATASHA SEGERS, MARYANN BROWN, LISA D'AMBROSIA,

Defendants.

**OPINION & ORDER**

24-cv-03982 (ER)

RAMOS, D.J.:

Charles B. Udoh, proceeding *pro se*, filed this action against the New York City Department of Probation ("DOP"), Natasha Segers, Maryann Brown, and Lisa D'Ambrosio[1] (collectively, "Defendants") on May 17, 2024, alleging that the DOP discriminated against him on the basis of race, color, religion, sex, national origin, age, and disability. Doc. 1 at 3–4.

On March 25, 2026, Udoh filed a motion for discovery, requesting that Defendants produce documents responsive to six different requests. Doc. 47. On April 3, 2026, Udoh filed twenty interrogatories. Doc. 49. A case management plan was entered on April 17, 2026, ordering that interrogatories and requests for production of documents were to be served no later than May 29, 2026. Doc. 52. On April 24, 2026, Defendants requested an extension of time to respond to Udoh's interrogatories and requests for production, Doc. 54, and on the same day, the Court granted the extension to June 2, 2026. Doc. 55.

The parties are directed to file a joint status letter by November 11, 2026 as to the discovery referenced in Udoh's motion, Doc. 47, and whether the request is moot.

---

[1] The Complaint, case caption, and Udoh's filings incorrectly spell Lisa D'Ambrosio's last name as "D'Ambrosia."

It is SO ORDERED.

Dated: October 29, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.