MEMO ENDORSED

at page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES B. UDOH, **24-CV-03982 (ER)**

Plaintiff

-against-

NEW YORK CITY DEPARTMENT OF PROBATION, NATASHA SEGERS, MARYANN BROWN, and LISA D'AMBROSIO,

Defendants.

RECEIVED
SDNY PRO SE OFFICE
2026 NOV 16 PM 12: 17

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Ramos:

I respectfully submit this letter in response to the Court's October 29, 2026 Opinion and Order directing the parties to file a joint status letter by November 11, 2026, concerning the discovery requested in Plaintiff's March 25, 2026 motion (Docket No. 47), and whether that request has become moot. I write jointly with defendant lawyer the following; Consistent with the deadlines set forth in the Case Management Plan, dated April 17, 2026 (ECF No. 52), the parties are diligently engaging in discovery exchange. Plaintiff filed his First Document Request on March 25, 2026, along with the Notice of Motion for Discovery, and his Second Set of Discovery Requests on April 3, 2026. See ECF No. 49.

The defendant lawyer asked for an extension of time. On April 24, 2026, the Court granted an extension of Defendants' time to respond to Plaintiff's First Document Request and First Set of Interrogatories, until June 2, 2026. See ECF No. 55. On June 2, 2026, Defendants served Plaintiff with their responses to Plaintiff's First and Second set of Discovery Requests, and produced over two-hundred-thirty pages of responsive documents.

On November 9, 2026, in light of the Court's Order, the parties met and conferred and Plaintiff, for the first time, advised Defendants that he believes there are deficiencies in Defendants' discovery responses. Plaintiff is in the process of reviewing Defendants'

responses and will provide an exhaustive list of deficiencies on or before December 27, 2026. Plaintiff agrees to respond to Defendants' First Set of Discovery Requests on or before January 7, 2027. Following the completion of document discovery, the parties will begin depositions, commencing with the deposition of Defendants and Plaintiff on or before February 23, 2027.

Accordingly, the parties jointly request an extension of the fact discovery deadline from January 7, 2027, until March 30, 2027, and a corresponding extension of the deadline to complete non-expert depositions until February 26, 2027.

Thank you for your time and consideration.

Respectfully submitted,

Dated: November 10, 2026

Plaintiff,
Charles Udoh
45 Fairview Ave. Unit 20E
New York, NY 10040
Tel: 212-495-9348
Email: charlesu@hotmail.com

Defendants,
Jorge A. Estacio,
New York City Law Department
100 Church Street, 2nd Floor
New York, NY 10007
Tel: 212-356-5031
Cell: 646-740-1520
Email: jestacio@law.nyc.gov

The request is granted. The non-expert deposition deadline is extended to February 26, 2027, and the fact discovery deadline is extended to March 30, 2027. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 47.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 20, 2026
New York, New York